IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENJAH J. HUGHSTON,       : | |
|    Plaintiff,       : | |
| : | |
| v.       : | CIVIL ACTION NO. 23-CV-1898 |
| : | |
| WARDEN SEAN P. MCGEE, *et al.*,       : | |
|    Defendants.       : | |

**ORDER**

**AND NOW**, this **10th** day of **October 2023**, upon consideration of Plaintiff Kenjah J. Hughston's Second Amended Complaint (ECF No. 11), it is **ORDERED** that:

1. The Second Amended Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, J.**